IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DONALD DIXON, <br><br> Plaintiff, <br><br> v. <br><br> AMERICOLLECT, INC., <br><br> Defendant. | CIVIL ACTION NO.: 4:21-cv-0146 |

## **O R D E R**

Before the Court is a Stipulation of Dismissal Without Prejudice signed and filed by counsel for Plaintiff and counsel for Defendant on September 15, 2022, wherein the parties indicate they stipulate to the dismissal, without prejudice, of all claims asserted in this case, with each party to each bear its own costs and attorney's fees.  (Doc. 17.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is hereby authorized and directed to **LIFT** the stay that is currently in place, (doc. 13), to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 20th day of September, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA